4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 2 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD. | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC. AND JOHN LITTLE, d/b/a INSURANCE ASSOCIATES OF THE VALLEY | § § § § | |

## DEFENDANT JOHN LITTLE d/b/a/ INSURANCE ASSOCIATES OF THE VALLEY'S DESIGNATION OF ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 2(A) and (B) of the Local Rules of Texas (S.D.), Elizabeth G. Neally, designated attorney for Defendant, of the Law Offices of ROERIG, OLIVEIRA & FISHER, L.L.P. hereby avers that **W. MICHAEL FISHER** of ROERIG, OLIVEIRA & FISHER, L.L.P., as the attorney in charge for Defendant, JOHN LITTLE, d/b/a/ INSURANCE ASSOCIATES OF THE VALLEY in this case. Elizabeth G. Neally shall continue as additional counsel of record.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel for Defendant John Little d/b/a
Insurance Associates of the Valley**

By: /s/ W. Michael Fisher
W. Michael Fisher
State Bar No. 07062420
Federal Bar No. 1080

By: _____
Elizabeth G. Neally
State Bar No. 14840400
Federal Bar No. 8044

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that a true and correct copy of the foregoing **Defendant John Little d/b/a/ Insurance Associates of the Valley's Designation of Attorney In Charge** has been served upon counsel of record by Certified Mail, Return Receipt Requested, on this 12 day of April, 2000, to wit:

_____
Elizabeth G. Neally