

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

APR 2 5 2000

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-00-037    DATE & TIME:  04-25-00 AT 2:00 P.M.

RIO GRANDE ORTHOPAEDIC      PLAINTIFF(S)  MARK WEITZ
INSTITUTE, ET AL.           COUNSEL       JEFF MCDONALD
                                          TIM WEITZ

VS.

LEGION INSURANCE CO., ET AL.   DEFENDANT(S)  JULIE SPRINGER
                               COUNSEL       GREGORY PIERCE
                                             CHARLES JEFFERSON
                                             MICHAEL FISHER
                                             ELIZABETH NEALLY

-------------------------------------------------------------------------

An initial pretrial conference was held. Attorneys Tim Weitz, Jeff McDonald and Michael Fisher appeared in chambers, attorneys Gregory Pierce and Charles Jefferson appeared telephonically.

Scheduling dates were set.