7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-00-37 |
| § § | |
| LEGION INSURANCE COMPANY, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFFS' MOTION TO REMAND**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 25, 2000 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 25, 2000

TO:   MR. MARK WEITZ
      MR. JEFFREY MCDONALD/MR. TIMOTHY WEITZ
      MR. JULIE SPRINGER
      MR. GREGORY PIERCE
      MR. CHARLES JEFFERSON
      MR. W. MICHAEL FISHER/MS. ELIZABETH NEALLY