8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-037 |
| | § | |
| LEGION INSURANCE COMPANY, ET AL. | § | |

## O R D E R

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **December 18, 2000.** If additional time is required, a motion requesting such extension must be filed no later than **December 4, 2000.** Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) Defendants' Motion for Summary Judgment must be filed no later than **January 5, 2001.** Response must be filed no later than **February 2, 2001.**
In a hearing on Defendants' Motion for Summary Judgment is necessary it will be held **February 9, 2001 at 1:30 P.M.**

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 15, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **April 16, 2001 at 1:30 P.M.**

(6) Final Pretrial is set for **May 31, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **June 1, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(6) Trial on the merits is set for **June 2001**, docket call.

DONE at Brownsville, Texas, on this 25th day of April, 2000.

John Wm. Black
United States Magistrate Judge