9

UNITED STATES D RICT COURT        SOUTHERN STRICT OF TEXAS

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

APR 2 5 2000

Michael K....
Clerk of Court

| Division | Brownsville | Action Number | B-00-037 |
|---|---|---|---|

Rio Grande Orthopaedic Institute, and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd.

*versus*

Legion Insurance Company, Claims Administration Services, Inc., and John Little, d/b/a Insurance Associates of the Valley

This lawyer. who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Timothy E. Weitz |
| Firm | McDonald, Mackay & Weitz, L.L.P. |
| Street | 1411 West Avenue, Suite 200 |
| City & Zip Code | Austin, Texas  78701 |
| Telephone | (512) 322-9202 |
| Licensed: State & Number | (512) 323-5071 (FAX) |
| Admitted US District Court for: | Texas  21117500 |

Seeks to appear as the attorney for this party:

Rio Grande Orthopaedic Institute, and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd.

United States District Court
Southern District of Texas
ENTERED

| Dated: 04/24/00 | Signed. _____ | MAY 0 1 2000 |
|---|---|---|

Michael N. Milby, Clerk of Court
By Deputy Clerk

10

### ORDER

This lawyer is admitted *pro hac vice*

Signed on 28 APRIL . MAY 2000

United States District Judge
*MAGISTRATE*

SDTX AA-6 (8/98)