9

UNITED STATES D   RICT COURT      SOUTHERN   STRICT OF TEXAS

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

APR 2 5 2000

Michael N. ...
Clerk of Court

| Division | Brownsville | Action Number | B-00-037 |
|---|---|---|---|

| Rio Grande Orthopaedic Institute, and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. |
|---|
| *versus* |
| Legion Insurance Company, Claims Administration Services, Inc., and John Little, d/b/a Insurance Associates of the Valley |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Timothy E. Weitz |
| Firm | McDonald, Mackay & Weitz, L.L.P. |
| Street | 1411 West Avenue, Suite 200 |
| City & Zip Code | Austin, Texas  78701 |
| Telephone | (512) 322-9202 |
| | (512) 323-5071 (FAX) |
| Licensed: State & Number | Texas  21117500 |
| Admitted US District Court for: | |

Seeks to appear as the attorney for this party:

| Rio Grande Orthopaedic Institute, and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. | United States District Court Southern District of Texas ENTERED |
|---|---|
| Dated: 04/24/00 | Signed | MAY 0 1 2000 |

1D

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

This lawyer is admitted *pro hac vice*

Signed on 2B APR   2000

_____
United States District Judge
MAGISTRATE

SDTX AA-6 (8/98)