

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC § <br> INSTITUTE AND RIO GRANDE § <br> ORTHOPAEDIC INSTITUTE AMBULATORY § <br> SURGERY CENTER, LTD. § <br> § <br> VS. § <br> § <br> LEGION INSURANCE COMPANY, CLAIMS § <br> ADMINISTRATION SERVICES, INC. AND § <br> JOHN LITTLE, D/B/A INSURANCE § <br> ASSOCIATES OF THE VALLEY § | CIVIL ACTION NO. B-00-37 |

# MOTION FOR LEAVE TO FILE AMENDED ANSWER

COMES NOW JOHN LITTLE, sued as D/B/A INSURANCE ASSOCIATES OF THE VALLEY, and files this his Motion for Leave to File Amended Answer, and as grounds therefore, would show the Court as follows:

I.

This Defendant's answer, consisting of a general denial, was filed in State Court before this case was removed. This Defendant wants to amend his answer to conform with the pleading requirements of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant JOHN LITTLE, sued as D/B/A INSURANCE ASSOCIATES OF THE VALLEY, prays that this Motion for Leave be granted, and for such other relief to which he may be entitled at law or in equity.

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(956) 542-5666
(956) 542-0016   FAX

ATTORNEYS FOR JOHN LITTLE D/B/A INSURANCE
ASSOCIATES OF THE VALLEY

By: _____
W. Michael Fisher
State Bar No. 06072420
Federal Admission No. 1080

## CERTIFICATE OF CONFERENCE

On May 24, 2000, the undersigned contacted opposing counsel to inquire whether they agreed to this motion, were unopposed to it, or were opposed. Timothy E. Weitz and Mark A. Weitz ~~did not return my telephone calls~~ *are opposed*. Greg Pierce and Charles M. Jefferson indicated that they agreed to the granting of this motion.

_____
W. Michael Fisher


## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the above and foregoing has been mailed to Timothy E. Weitz, McDONALD, MACKAY & WEITZ, L.L.P., 1411 West Avenue, Suite 200, Austin, Texas 78701 and Mark A. Weitz, LAW OFFICE OF MARK A. WEITZ, P.O. Box 9673, Austin, Texas 78766-9673, by certified mail, return receipt requested, and by regular mail to Greg Pierce, SCOTT, DOUGLASS & McCONNICO, L.L.P., 600 Congress Avenue, 15th Floor, Austin, Texas 78701-2589 and Charles M. Jefferson, LAW OFFICE OF CHARLES M. JEFFERSON, 700 North St. Mary's Street, Suite 1000, San Antonio, Texas 78205-3585, on this 25th day of May, 2000.

_____
W. Michael Fisher