*17*

United States District Court
Southern District of Texas
FILED

JUL 2 5 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC, ET. AL. | § | CASE NO. CA B-00-037 |
| | § | |
| VERSUS | § | BROWNSVILLE, TEXAS |
| | § | MAY 25, 2000 |
| LEGION INSURANCE, ET. AL. | § | 1:35 P.M. TO 1:43 P.M. |

MOTION TO REMAND HEARING

BEFORE THE HON. JOHN WILLIAM BLACK, UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:          SEE NEXT PAGE

For the Defendant:          SEE NEXT PAGE

Court Recorder:          Gabriel Mandieta

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
7135 West Tidwell
Building M, Suite 112A
Houston, Texas 77092
(713) 462-6434
(713) 462-3042 (fax)

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.