*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
AUG 0 2 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. | § § § § | |
| VS. | § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, ET AL. | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of June 27, 2000 should be **ADOPTED**.

For the reasons stated in the Magistrate Judge's Report and Recommendation cited above, IT IS THEREFORE **ORDERED** that the Plaintiff's Motion for Remand be **DENIED**.

DONE in Brownsville, Texas, on this *1st* day of *August*, 2000.

_____
Filemon B. Vela
United States District Judge