

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 8 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD. | § § § § § § | |
| VS. | § § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., INSURANCE ASSOCIATES OF THE VALLEY, JOHN LITTLE, INDIVIDUALLY AND D/B/A INSURANCE ASSOCIATES OF THE VALLEY, AND ARNULSO OLIVERAS, INDIVIDUALLY AND D/B/A INSURANCE ASSOCIATES OF THE VALLEY | § § § § § § § § § | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION

COMES NOW, Rio Grande Orthopaedic Institute and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd., Plaintiffs in the above styled and numbered cause, and file this their Motion for Leave to File Amended Petition, to add additional parties, and in support thereof, would show the Court as follows:

1. Based on Defendant John Little's Amended Answer and supporting affidavit, Plaintiffs wish to amend their original petition to make their pleadings consistent with Mr. Little's affirmations. Specifically, they wish to amend their Original Petition in order to name Mr. Little individually.

2. In Plaintiffs' Original Petition, Mr. Little was only named in the capacity of doing business as Insurance Associates of the Valley. Plaintiffs wish to add allegations that in addition to either doing business individually, or as Insurance Associates of the Valley, that in the alternative, Mr. Little

was acting as an employee of Insurance Associates of the Valley, and that he was acting within the scope of his employment when the insurance policies made the subject matter of this suit were sold.

3. Plaintiffs also wish to add as additional parties, Insurance Associates of the Valley, and its apparent owner, Arnulso Oliveras. Someone, either Mr. Little, Mr Oliveras, and/or Insurance Associates of the Valley, acted as the local agent for Legion Insurance Company and/or Claims Administration Services, Inc., and sold the insurance polices at the local level that form the basis of the suit.

4. As set forth in Plaintiffs' Original Petition, as well as this proposed First Amended Petition, these policies contained clear and blatant misrepresentations as to how provider claims would be paid. These representations were made orally, either by Mr. Little, Mr. Oliveras, or someone acting on behalf of Insurance Associates of the Valley. In addition, these representations were made in writing, either in the form of the bid specifications submitted to the school districts, or the policies themselves.

5. Mr. Little, Mr. Oliveras, and or Insurance Associates of the Valley, through Mr. Little, Mr. Oliveras, or someone else, made those representations knowing, and in fact intending, that they be passed on to medical providers in the valley such as the Plaintiffs, who would then rely upon them for purposes of providing medical services. Those misrepresentations were passed on to the Plaintiffs by way of students, parents of students, and employees of the school districts to whom the polices were sold. Not only are Mr. Little and Mr. Oliveras personally liable for their own misrepresentations, but their conduct binds their principle and/or employer.

6. Plaintiffs seek to amend their Original Petition so as to insure that full relief can be had against any and all culpable parties, by naming Mr. Little and Mr. Oliveras in the capacity that they represented to the court that they should be sued in.

Motion for Leave to File Amended Petition

7. The requested amendment is timely, both in terms of the scheduling order and the relevant rules of civil procedure. The requested amendment is not for purposes of delay, but is in fact sought so as to expedite the resolution of this controversy. An amendment has not and will not delay discovery, as Plaintiffs have already served the present Defendants with discovery, and are prepared to do so with Insurance Associates of the Valley and Mr. Oliveras as soon as they can be added as defendants.

WHEREFORE PREMISES CONSIDERED, Plaintiffs prays that their Motion For Leave To File First Amended Petition be granted, and for any and all other relief at law or in equity to which they may show themselves entitled.

Respectfully Submitted,

Timothy E. Weitz, Attorney in Charge
SBN 21117500
Jeff B. McDonald,
SBN 13548560
McDonald, Mackay & Weitz, L.L.P.
1411 West Avenue, Suite 200
Austin, Texas 78701
(512) 322-9202 Main Number
(512) 323-5071 Fax Number

Mark A. Weitz,
SBN 21116500
Law Office of Mark A. Weitz
P.O. Box 9673
Austin, Texas 78766-9673
(512) 322-9202 Direct Line
(512) 323-5071 Fax Number

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has contacted counsel for Defendants, to inquire whether they were opposed to the Motion. W. Michael Fisher indicated that he was not opposed to the Motion to Amend to join additional parties. Greg Pierce and Charles Jefferson indicated that they were unable to agree to the Motion.

Timothy E. Weitz

## CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of September, 2000, a true and correct copy of this, Plaintiffs' Motion For Leave to File First Amended Petition, has been served on the following parties and in the following manner:

Greg Pierce
Julie Springer
Scott, Douglas & McConnico, L.L.P.
600 Congress Ave
Suite 1500
Austin, Texas 78701-2589
(Via Regular, First Class Mail)

Charles M. Jefferson
Attorney at Law
700 N. St. Mary Street
Suite 1000
San Antonio, Texas 78205
(Via Regular, First Class Mail)

W. Michael Fisher
Elizabeth G. Neally
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(Via Regular, First Class Mail)

Timothy E. Weitz