22

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC | § | |
| INSTITUTE, AND RIO GRANDE | § | |
| ORTHOPAEDIC INSTITUTE | § | |
| AMBULATORY SURGERY CENTER, | § | CIVIL ACTION NO. B-00-037 |
| LTD. | § | |
| | § | |
| VS. | § | |
| | § | |
| LEGION INSURANCE COMPANY, CLAIMS | § | |
| ADMINISTRATION SERVICES, INC., | § | |
| INSURANCE ASSOCIATES OF THE | § | |
| VALLEY, JOHN LITTLE, INDIVIDUALLY | § | |
| AND D/B/A INSURANCE ASSOCIATES OF | § | |
| THE VALLEY, AND ARNULSO OLIVERAS, | § | |
| INDIVIDUALLY AND D/B/A INSURANCE | § | |
| ASSOCIATES OF THE VALLEY | § | |

## ORDER GRANTING PLAINTIFFS'
## MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION

On this the 29 day of SEPT, 2000, in the above entitled and numbered cause,

came on to be considered Plaintiffs' Motion for Leave to File Amended Petition, and the Court, after

examining the pleadings and hearing the arguments of counsel, is of the opinion that the motion

should be granted in all respects, and that Plaintiffs be allowed to amend their petition.

It is hereby ORDERED that the Plaintiffs be grated leave to file an amended petition.

SIGNED on this 29 day of SEPT, 2000.

_____
JUDGE PRESIDING

1