23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., | § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 00-37 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., AND JOHN LITTLE, D/B/A INSURANCE ASSOCIATES OF THE VALLEY, | § § § § § § | |
| Defendants. | § | |

## LEGION INSURANCE COMPANY'S EMERGENCY MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PETITION

Legion Insurance Company ("Legion") files this Emergency Motion to Reconsider Order Granting Plaintiffs' Motion for Leave to File Amended Petition and shows the following:

1. The Court should withdraw its Order Granting Plaintiffs' Motion for Leave to File First Amended Petition (the "Order") to allow the filing, and the Court's consideration of, Legion's Response in Opposition to Plaintiffs' Motion for Leave to File First Amended Petition. The Plaintiffs' proposed First Amended Petition does not merely add new claims to the case, but also seeks to add two new parties, whose presence in the case would destroy this Court's jurisdiction and require remand of this case.

280070

2. Legion believes that there are substantial reasons to refuse to allow the requested amendment, and wishes to have the opportunity to brief and argue those reasons to the Court prior to the Court's decision.

3. The Court should withdraw its Order on an emergency basis because, if the new parties are added prior to consideration of Legion's arguments, this Court will lose jurisdiction to even reconsider its decision to allow the amendment requested by Plaintiffs.

WHEREFORE, PREMISES CONSIDERED, Legion Insurance Company requests that the Court consider, on an emergency basis, Legion Insurance Company's Emergency Motion to Reconsider Order Granting Plaintiffs' Motion for Leave to File Amended Petition, that the Court grant the motion, that the Court withdraw its Order Granting Plaintiffs' Motion for Leave to File Amended Petition, and that the Court award Legion all other relief to which it is entitled.

280070

            Respectfully Submitted,

By: _____
       Greg Pierce
       Attorney-in-Charge
       SDT Admission No. 13785
       State Bar No. 15994250
       One American Center
       600 Congress Avenue, 15th Floor
       Austin, Texas 78701-2589
       512/495-6300
       512/474-0731 (fax)

Of Counsel:

Julie Springer
State Bar No. 18966770
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

        ATTORNEYS FOR LEGION INSURANCE COMPANY

## CERTIFICATE OF CONFERENCE

  I hereby certify that I attempted to contact counsel of record to determine whether they opposed the foregoing LEGION INSURANCE COMPANY'S EMERGENCY MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PETITION. W. Michael Fisher did not oppose the motion. I could not reach other counsel in this action before filing the Motion.

_____
Greg Pierce

280070

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing LEGION INSURANCE COMPANY'S EMERGENCY MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PETITION has been served on counsel of record, as indicated below, by the methods indicated below, on October 6, 2000.

| | |
|---|---|
| Jeff B. McDonald<br>Timothy E. Weitz<br>McDonald, Mackay & Weitz, L.L.P.<br>1411 West Avenue, Suite 200<br>Austin, Texas 78701 | VIA CM RRR # 7000 0520 0024 7261 2611 |
| Mark A. Weitz<br>Law Office of Mark A. Weitz<br>P.O. Box 9673<br>Austin, Texas 78766-9673 | VIA CM RRR # 7000 0520 0024 7261 2628 |
| Charles M. Jefferson<br>One Riverwalk Place, Suite 1000<br>700 North St. Mary's Street<br>San Antonio, Texas 78205-3585 | VIA CM RRR # 7000 0520 0024 7261 2635 |
| Elizabeth G. Neally<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520 | VIA CM RRR # 7000 0520 0024 7261 261142 |

_____
Greg Pierce

4

280070