24

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
OCT 13 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-37 |
| LEGION INSURANCE COMPANY, ET AL. | § § § | |

TYPE OF CASE:   __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

HEARING ON LEGION INSURANCE COMPANY'S EMERGENCY MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PETITION

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

OCTOBER 19, 2000 AT 2:00 P.M.

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:  OCTOBER 12, 2000

TO:    MR. MARK WEITZ
       MR. JEFFREY MCDONALD/MR. TIMOTHY WEITZ
       MR. JULIE SPRINGER
       MR. GREGORY PIERCE
       MR. CHARLES JEFFERSON
       MR. W. MICHAEL FISHER/MS. ELIZABETH NEALLY

ClibPDF - www.fastio.com