| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

OCT 16 2000

Michael N. Milby
Clerk of Court

| Division | Brownsville | Action Number | B-00-037 |
|---|---|---|---|

| Rio Grande Orthopaedic Institute, and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. |
|---|
| *versus* |
| Legion Insurance Company, Claims Administration Services, Inc., and John Little, d/b/a Insurance Associates of the Valley |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Charles M. Jefferson |
| Firm | Law Office of Charles M. Jefferson |
| Street | 700 N. St. Mary's St., Suite 1000 |
| City & Zip Code | San Antonio, Texas 78205 |
| Telephone | (210) 227-4182 |
| | (210) 227-5514 (Telecopy) |
| Licensed: State & Number | Texas 10605500 |
| Admitted US District Court for: | Western District of Texas |

Seeks to appear as the attorney for this party:

Claims Administration Services, Inc.

United States District Court
Southern District of Texas
ENTERED

OCT 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

Dated: 10/13/00   Signed. *Charles M Jefferson*

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on 16 OCT 2000

United States District Judge

SDTX AA-6 (8/98)