

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 2 3 2000**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 00-37 |
| LEGION INSURANCE COMPANY, ET AL., | § § § | |
| Defendants. | § § | |

## LEGION INSURANCE COMPANY'S SUPPLEMENT TO ITS EMERGENCY MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PETITION

Legion Insurance Company ("Legion") files this Supplement to Its Emergency Motion to Reconsider Order Granting Plaintiffs' Motion for Leave to File Amended Petition and shows the following:

1. Legion seeks to supplement its Emergency Motion to Reconsider Order Granting Plaintiffs' Motion for Leave to File Amended Petition to point out that the Court has not lost its power to withdraw its Order Granting Plaintiffs' Motion for Leave to File First Amended Petition (the "Order"). While allowing joinder will destroy this Court's jurisdiction and require remand, it does not destroy this Court's power to reconsider its decision to allow joinder. See Williams v. Vincent Internat'l Inc., 192 F.R.D. 544, 548 (S.D. Miss. 2000); see also Hensgens v. Deere & Company, 833 F.2d 1179, 1182 (5th Cir. 1987) (in which the Fifth Circuit vacated a judgment issued after joinder was allowed due to lack of jurisdiction, but also vacated the order allowing

281438

CWPDF - www.fasiio.com

joiner because the district court granted joinder without applying the heightened consideration necessary when a requested amendment would destroy diversity). Instead, the Court may reconsider its decision and withdraw the Order, allowing the parties to continue in federal court.

WHEREFORE, PREMISES CONSIDERED, Legion Insurance Company requests that the Court withdraw its Order Granting Plaintiffs' Motion for Leave to File Amended Petition, and that the Court award Legion all other relief to which it is entitled.

Respectfully Submitted,

By: _____

Greg Pierce
Attorney-in-Charge
SDT Admission No. 13785
State Bar No. 15994250
One American Center
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
512/495-6300
512/474-0731 (fax)

Of Counsel:

Julie Springer
State Bar No. 18966770
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

ATTORNEYS FOR LEGION INSURANCE COMPANY

2

281438

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing LEGION INSURANCE COMPANY'S SUPPLEMENT TO ITS EMERGENCY MOTION TO RECONSIDER ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED PETITION has been served on counsel of record, as indicated below, by the methods indicated below, on October 19, 2000.

Jeff B. McDonald                              VIA CM RRR # 7000 0520 0024 7261 2802
Timothy E. Weitz
McDonald, Mackay & Weitz, L.L.P.
1411 West Avenue, Suite 200
Austin, Texas 78701

Mark A. Weitz                                 VIA CM RRR # 7000 0520 0024 7261 2819
Law Office of Mark A. Weitz
P.O. Box 9673
Austin, Texas 78766-9673

Charles M. Jefferson                          VIA CM RRR # 7000 0520 0024 7261 2826
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-3585

Mr. Mike Fisher                               VIA CM RRR # 7000 0520 0024 7261 2833
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

Greg Pierce

3

281438