29

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER LTD. | § § § § § § | |
| VS. | § § | CAUSE NO. 00-37 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., JOHN LITTLE INDIVIDUALLY AND DBA INSURANCE ASSOCIATES OF THE VALLEY, INSURANCE ASSOCIATES OF THE VALLEY AND ARNULSO OLIVERAS INDIVIDUALLY AND DBA INSURANCE ASSOCIATES OF THE VALLEY | § § § § § § § § § § § | |

United States District Court
Southern District of Texas
FILED

OCT 2 4 2000

Michael N. Milby
Clerk of Court

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiffs, RGOI and RGOI ASC, and files this Notice of Appearance notifying the Court and other parties to the litigation that the below named counsel is hereby designated as Local Counsel of the Plaintiffs and will be representing Plaintiffs in addition the other Counsel already appearing herein:

Mr. Reynaldo Ortiz
Law of Reynaldo Ortiz
SB No. 15324275
801 Nolana, Suite 202
McAllen, Texas 78504
956-687-4567
956-631-1384 Fax

**Notice of Appearance**                                                                 1

The above attorney is appearing for all purposes and should now be copied on all pleadings, discovery, correspondence, notices and other matters pertaining to this case.

Respectfully submitted,

_____
Mr. Reynaldo Ortiz
SB No. 15324275
Law Office of Reynaldo Ortiz
801 Nolana, Suite 202
McAllen, Texas 78504
956-687-4567
956-631-1384 Fax

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of October, 2000, a true and correct copy of this Notice of Appearance has been served on the following parties and in the following manner:

Timothy E. Weitz
Jeffery B. McDonald
McDonald, Mackay & Weitz L.L.P.
1411 West Ave.
Suite 200
Austin, Texas 78701

Charles M. Jefferson
Attorney at Law
700 N. St. Mary Street
Suite 1000
San Antonio, Texas 78205

Elizabeth G. Neally
Roerig, Oliveira & Fisher L.L.P.
855 West Price Road- Suite 9
Brownsville, Texas 78520

Greg Pierce
Julie Springer
Scott, Douglas & McConnico, L.L.P.
One American Center
800 Congress Avenue, 15th Floor
Austin, Texas 78701-6300

(Via Regular, First Class Mail)

_____
Reynaldo Ortiz

**Notice of Appearance**  3