31

United States District Court
Southern District of Texas
FILED

NOV 2 7 2000

Michael N. Milby
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER LTD. | § § § § § § |
| VS. | § § **CAUSE NO. 00-37** |
| LEGION INSURANCE COMPANY CLAIMS ADMINISTRATION SERVICES, INC., JOHN LITTLE INDIVIDUALLY AND D/B/A INSURANCE ASSOCIATES OF THE VALLEY, INSURANCE ASSOCIATES OF THE VALLEY AND ARNULSO OLIVERAS INDIVIDUALLY AND D/B/A INSURANCE ASSOCIATES OF THE VALLEY | § § § § § § § § § § § |

## NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL

COMES NOW, Rio Grande Orthopaedic Institute and Rio Grande Orthopaedic Institute Ambulatory Surgery Center Ltd., Plaintiffs in this cause, and notifies Court and all interested parties of Plaintiffs' Attorney's change of address as follows:

Reynaldo Ortiz
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504

CMPDF - www.fineio.com

The Clerk of the Court is respectfully requested to update its records regarding Plaintiffs' counsel.

Respectfully, submitted,

_____

REYNALDO ORTIZ
State Bar No. 15324275
Federal ID. No. 3767

Of Counsel:

**LAW OFFICE OF REYNALDO ORTIZ, P.C.**
Reynaldo Ortiz, Esq.
1109 W. Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

**ATTORNEY FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent to the following via ordinary mail on this the ___17th___ day of November, 2000:

Timothy E. Weitz, Esq.
Jeffery B. McDonald, Esq.
McDonald, Mackay & Weitz L.L.P.
1411 West Ave.
Suite 200
Austin, Texas 78701

Charles M. Jefferson, Esq.
Attorney at Law
700 N. St. Mary Street
Suite 1000
San Antonio, Texas 78205

Elizabeth G. Neally, Esq.
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road-Suite 9
Brownsville, Texas 78520

Greg Pierce, Esq.
Julie Springer, Esq.
Scott, Douglas & McConnico, L.L.P.
One American Center
800 Congress Avenue, 15th Floor
Austin, Texas 78701-6300

_____
Reynaldo Ortiz