IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., §§§§§§§§§§§§§ Plaintiffs, v. LEGION INSURANCE COMPANY, ET AL., Defendants | CIVIL ACTION NO. 00-37 |

## LEGION INSURANCE COMPANY'S
## AGREED MOTION TO AMEND SCHEDULING ORDER

Legion Insurance Company ("Legion") files this Agreed Motion to Amend Scheduling Order and shows the following:

1. The Court should extend the deadlines currently set in the Scheduling Order. The parties have been unable to complete discovery in this matter to date. Moreover, all parties agree that they will be unable to complete the additional discovery necessary to be ready for trial in this matter by the present discovery deadline of December 18, 2000.

2. Moreover, completing and filing dispositive motions, responses thereto, and the pretrial order are all dependent upon the parties' completion of discovery necessary to understand the factual allegations and issues in the case. Accordingly, the

284572

parties have agreed that the Scheduling Order in this matter should be amended as follows:

1. Deadline to complete discovery: May 31, 2001
2. Deadline for filing of dispositive motions: June 30, 2001
3. Deadline for responses to any dispositive motions: July 30, 2001
4. Deadline to mediate August 31, 2001
5. Deadline for Joint Pretrial Order October 5, 2001
6. Final Pretrial and Settlement Conference October 11, 2001
7. Docket Call October 12, 2001

All parties have agreed to the proposed schedule set out above.

WHEREFORE, PREMISES CONSIDERED, Legion Insurance Company requests that the Court grant this Agreed Motion to Amend Scheduling Order and grant it all other and further relief to which it is entitled.

2

284572

Respectfully Submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
One American Center
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
512/495-6300
512/474-0731 (fax)

By _____
Greg Pierce
Attorney-in-Charge
SDT Admission No. 13785
State Bar No. 15994250

Of Counsel:

Julie Springer
State Bar No. 18966770
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

ATTORNEYS FOR LEGION INSURANCE COMPANY

3

284572

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing LEGION INSURANCE COMPANY'S AGREED MOTION TO AMEND SCHEDULING ORDER has been served on counsel of record, as indicated below, by the method indicated, on December 1, 2000.

| | |
|---|---|
| Jeff B. McDonald<br>Timothy E. Weitz<br>McDonald, Mackay & Weitz, L.L.P.<br>1411 West Avenue, Suite 200<br>Austin, Texas 78701 | **VIA CM RRR #7000 1530 0003 5066 8709** |
| Mark A. Weitz<br>Law Office of Mark A. Weitz<br>P.O. Box 9673<br>Austin, Texas 78766-9673 | **VIA CM RRR #7000 1530 0003 5066 8716** |
| Charles M. Jefferson<br>One Riverwalk Place, Suite 1000<br>700 North St. Mary's Street<br>San Antonio, Texas 78205-3585 | **VIA CM RRR #7000 1530 0003 5066 8723** |
| Elizabeth G. Neally<br>Roerig, Oliveira & Fisher, L.L.P.<br>855 West Price Road, Suite 9<br>Brownsville, Texas 78520 | **VIA CM RRR #7000 1530 0003 5066 8730** |

_____
Greg Pierce

4

284572