34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 12 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., <br><br> Plaintiffs, <br><br> V. <br><br> LEGION INSURANCE COMPANY, ET AL., <br><br> Defendants | CIVIL ACTION NO. 00-37 |

## ORDER GRANTING AGREED MOTION TO AMEND SCHEDULING ORDER

The Court, having considered Legion Insurance Company's Agreed Motion to Amend Scheduling Order finds that motion to be meritorious. Accordingly, the Court's Order, dated April 25, 2000, setting deadlines in this case is amended as follows:

1. All discovery must be completed by May 31, 2001;

2. All dispositive motions must be filed by June 30, 2001;

3. Responses to any dispositive motions must be filed by July 30, 2001;

4. The parties must mediate this matter no later than August 31, 2001;

5. The parties must file their Joint Pretrial Order no later than October 5, 2001;

6. The final Pretrial and settlement conference is set for October 11, 2001 ~~xxxx~~ at 1:30 P.M. before Magistrate Judge John Wm. Black.

285244

7. Docket Call for this case is October ~~█~~ 2001, **before U.S. District Judge Filemon B. Vela.**

Signed, _4 DECEMBER_, 2000.

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
MAGISTRATE

280063