37

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC | § | |
| INSTITUTE AND RIO GRANDE | § | |
| ORTHOPAEDIC INSTITUTE | § | |
| AMBULATORY SURGERY CENTER, LTD. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-037 |
| | § | |
| LEGION INSURANCE COMPANY, | § | |
| CLAIMS ADMINISTRATION SERVICES, | § | |
| INC. AND JOHN LITTLE, d/b/a | § | |
| INSURANCE ASSOCIATES OF THE VALLEY | § | |

## DEFENDANT JOHN LITTLE d/b/a/ INSURANCE ASSOCIATES OF THE VALLEY'S MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** John Little, d/b/a Insurance Associates of the Valley, one of the Defendants herein, and files this his First Motion for Summary Judgment, and as grounds therefore, would show the court as follows:

I.

This motion is based on the pleadings of the parties filed herein, affidavits on file herein, briefs filed herein, and on the legal and factual findings by the Magistrate Judge, in his June 28, 2000 Order Denying Plaintiffs' Motion to Remand, and the Magistrate Judge's Report and Recommendation signed on December 20, 2000.

II.

In the Magistrate Judge's June 28, 2000, Order Denying Plaintiff's Motion to Remand,

he concludes that there is no possibility of a cause of action against Defendant John Little because:

1) Plaintiffs' claim for misrepresentation of the policy could not succeed because its claim alleged only a failure to pay claims in accord with the policy, not misrepresentation of the terms of the policy;

2) No breach of contract claim could exist against Little because he was a disclosed agent; and

3) A misrepresentation claim could exist regarding the Castillo claim because Plaintiffs were aware that the Castillo claim was not covered by the policy.

In his December 20, 2000 Report and Recommendation, the Magistrate Judge reiterated this conclusion that Plaintiffs have no viable cause of action against Defendant Little.

### III.

Magistrate Judge has already determined that Plaintiffs have no viable cause of action against John Little d/b/a Insurance Associates of the Valley. Bases on this previously made finding, summary judgment of dismissal of Plaintiffs' claims against Defendant John Little, d/b/a Insurance Associates of the Valley, it is appropriate and warranted.

### IV

Defendant, John Little, d/b/a Insurance Associates of the Valley, prays that after notice to Plaintiffs and the expiration of the appropriate time, that this Court grant this Motion for Summary Judgment, that it dismiss Plaintiffs' claims against Defendant John Little d/b/a Insurance Associates of the Valley with prejudice, and for such other and further relief to which he may be entitled at law or in equity.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel for Defendant John Little d/b/a
Insurance Associates of the Valley**

By /s/ W. Michael Fisher
W. Michael Fisher
State Bar No. 07062420
Federal Bar No. 1080

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing *Defendant John Little d/b/a/ Insurance Associates of the Valley's Motion for Summary Judgment* has been mailed via Certified Mail, Return Receipt Requested to Timothy E. Weitz, McDONALD, MACKAY & WEITZ, L.L.P., 1411 West Avenue, Suite 200, Austin, Texas 78701 and Mark A. Weitz, LAW OFFICE OF MARK A. WEITZ, P.O. Box 9673, Austin, Texas 78766-9673; Greg Pierce, SCOTT, DOUGLASS & McCONNICO, L.L.P., 600 Congress Avenue, 15th Floor, Austin, Texas 78701-2589 and Charles M. Jefferson, LAW OFFICE OF CHARLES M. JEFFERSON, 700 North St. Mary's Street, Suite 1000, San Antonio, Texas 78205-3585, on this 10th day of January, 2001.

/s/ W. Michael Fisher
W. Michael Fisher