38

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JAN 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., | § § § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., AND JOHN LITTLE, D/B/A INSURANCE ASSOCIATES OF THE VALLEY, | § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 20, 2000 should be **ADOPTED**.

IT IS ORDERED that the Clerk of the Court **VACATE** the Court's earlier Order Granting Plaintiffs' Motion for Leave to File First Amended Petition (Docket No. 22). IT IS FURTHER ORDERED that Plaintiffs' Motion for Leave to File First Amended Petition (Docket No. 20) be **DENIED**.

DONE in Brownsville, Texas, on this 23rd day of January, 2001.

_____
Filemon B. Vela
United States District Court Judge