39

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC § <br> INSTITUTE, AND RIO GRANDE § <br> ORTHOPAEDIC INSTITUTE § <br> AMBULATORY SURGERY CENTER, § <br> LTD., PLAINTIFFS § <br> § <br> VS. § <br> § <br> LEGION INSURANCE COMPANY, § <br> CLAIMS ADMINISTRATION SERVICES, § <br> INC., AND JOHN LITTLE, DBA § <br> INSURANCE ASSOCIATES OF THE § <br> VALLEY, DEFENDANTS § | CIVIL ACTION NO. B-00-037 |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
### FOR SUMMARY JUDGMENT MOTION RESPONSE
### AND SUBMISSION TO THE COURT

COMES NOW, Plaintiffs Rio Grande Orthopaedic Institute (RGOI) and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. (RGOI-ASC) filing this Unopposed Motion for Enlargement of Time for Summary Judgment Motion Response and Submission to the Court.

### I.
### BACKGROUND

1.1   Plaintiffs filed suit against the Defendants in the 197th Judicial District Court of Cameron County, Texas on January 21, 2000.

1.2   On February 28, 2000, Defendant Legion Insurance Company filed Notice to State Court of Removal.

1.3     Thereafter, Plaintiffs' Motion for Remand was timely filed, considered, and ultimately denied.

1.4     The parties have initiated discovery and have agreed to scheduling of these proceedings.

1.5     On January 10, 2001, Defendant John Little d/b/a Insurance Associates of the Valley filed a Motion for Summary Judgment and requested an order setting a hearing on the motion.

1.6     Since that time, the counsel for Plaintiffs has conferred with counsel for the Defendants regarding an enlargement of time to respond to the Motion for Summary Judgment and for submission to the Court.

1.7     Plaintiffs counsel and counsel for Defendant Legion Insurance Company have exchanged good faith representations that the pending litigation can potentially be resolved by agreement and the parties have expressed interest and confidence in the possibility of reaching an agreed resolution.

## II.
## Unopposed Enlargement of Time

2.1     The parties have agreed to a forty-five (45) day enlargement of time for a response to the Motion for Summary Judgment and submission to the Court in regard to the Motion for Summary Judgment filed by Defendant John Little d/b/a Insurance Associates of the Valley.

2.2     A certificate of conference is attached to this motion to memorialize that this

motion is unopposed.

### III.
### Grounds for Enlargement

3.1     This Unopposed Motion for Enlargement of Time is needed in the interests of judicial economy and to promote a cost-efficient agreed resolution.

3.2     Plaintiffs and Defendant Legion Insurance Company have entered into sincere settlement efforts and it is believed that the enlargement of time will best serve the interests of the parties and foster settlement by minimizing costs and expenses associated with responding to the Motion for Summary judgment and participating in any related proceedings.

3.3     The Court has the discretion to grant an enlargement of time. At the time of this filing, an order has not yet been received reflecting either a submission date or hearing date.

3.4     Granting of this Motion for Enlargement of Time will serve the interests of justice and is not for purposes only of delay.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court find that this motion is meritorious and grant the enlargement of time for response and submission in regard to the summary judgment referenced herein. It is requested that an order be entered enlarging the response and submission time by no less than forty-five (45) days so as to require a response to the Motion for Summary judgment, submission to the Court, and a hearing no earlier than March 19, 2001.

Respectfully Submitted,

_____
Timothy E. Weitz, Attorney-in-Charge
SBN 21117500
Jeff B. McDonald, Of Counsel
SBN 13548560
McDonald, Mackay & Weitz, L.L.P.
1411 West Avenue, Suite 200
Austin, Texas 78701
(512) 322-9202  Main Number
(512) 323-5071  Fax Number

Mark A. Weitz, Of Counsel
SBN 21116500
Law Office of Mark A. Weitz
P.O. Box 9673
Austin, Texas 78766-9673
(512) 322-9202  Main Number
(512) 323-5071  Fax Number

Reynaldo Ortiz, Of Counsel
SBN 15324275
Federal ID. No. 3767
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504
(956) 687-4567  Main Number
(956) 631-1384  Fax Number

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I hereby certify that I, the undersigned, have conferred with counsel for all parties in this matter, and that each has indicated that they do not oppose the foregoing motion.

_____
Timothy E. Weitz

## CERTIFICATE OF SERVICE

I hereby certify that on this the 5th day of February 2001, a true and correct copy of the foregoing Unopposed Motion for Enlargement of Time for Summary Judgment Motion Response and Submission to Court has been served on the following individuals and in the following manner:

Greg Pierce/Julie Springer
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
(Certified Mail - Return Receipt Requested)

Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385
(Certified Mail - Return Receipt Requested)

Elizabeth G. Neally/Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(Certified Mail - Return Receipt Requested)

_____
Timothy E. Weitz