41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., PLAINTIFFS | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., AND JOHN LITTLE, DBA INSURANCE ASSOCIATES OF THE VALLEY, DEFENDANTS | § § § § § | |

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

Came on to be considered before the Court, the Unopposed Motion for Enlargement of Time for Summary Judgment Motion Response and Submission to the Court in regard to the Motion for Summary Judgment filed by Defendant John Little d/b/a Insurance Associates of the Valley. Upon review of the motion and based on the grounds stated therein as well as the unopposed nature of the motion, the Court finds that the motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED that the Unopposed Motion for Enlargement of Time for Summary Judgment Motion Response and Submission to the Court is hereby **GRANTED** in all respects. IT IS FURTHER ORDERED that responses to the Motion for Summary Judgment filed by Defendant John Little d/b/a Insurance Associates of the Valley shall be due on March 19, 2001 and that the corresponding Motion for Summary Judgment shall be submitted to the Court for consideration and hearing thereafter as to be indicated by further order of the Court.

IT IS FURTHER ORDERED that this order supersedes any other prior order issued on the pending Motion for Summary Judgment and any corresponding setting or submission date.

DONE in Brownsville, Texas on this the 8 day of FEBRUARY, 2001.

JOHN WM BLACK /~~Filemon B. Vela~~
United States ~~District Court~~ Judge
MAGISTRATE

2