42

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED
FEB 0 9 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-37 |
| LEGION INSURANCE COMPANY, ET AL. | § § § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that the hearing on Defendants' Motion for Summary Judgment set for February 9, 2001 at 1:30 P.M. is hereby PASSED.

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: FEBRUARY 8, 2001

TO:    MR. REYNALDO ORTIZ
       MR. MARK WEITZ
       MR. JEFFREY MCDONALD
       MR. TIMOTHY WEITZ
       MR. JULIE SPRINGER
       MR. GREGORY PIERCE
       MR. CHARLES JEFFERSON
       MR. W. MICHAEL FISHER
       MS. ELIZABETH NEALLY

ClibPDF - www.fastio.com