46

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD. | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC. AND JOHN LITTLE, d/b/a INSURANCE ASSOCIATES OF THE VALLEY | § § § § | |

## DEFENDANT JOHN LITTLE d/b/a/ INSURANCE ASSOCIATES OF THE VALLEY'S RESPONSE TO PLAINTIFFS' RESPONSE TO HIS MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** John Little, d/b/a Insurance Associates of the Valley, Movant herein, and files this his Response to Plaintiffs' Response to His Motion for Summary Judgment, and as grounds therefore, would show the court as follows:

I.

Plaintiffs have responded to Movant's Motion for Summary Judgement as follows:

1. The legal and factual findings by the Magistrate Judge, and his recommendations, (upon which the Motion for Summary Judgment is largely based) are wrong;

2. Movant's affidavit does not specifically say that it is based on personal knowledge; and

3. A comparison of Plaintiffs' pleadings and Movant's affidavit reveals fact issues.

DEFENDANT JOHN LITTLE D/B/A INSURANCE ASSOCIATES OF THE VALLEY'S
RESPONSE TO PLAINTIFF'S RESPONSE TO HIS MOTION FOR SUMMARY JUDGMENT
/usr2/normad/mf.motions/21782.response.MSJ

PAGE 1

Movant will address Plaintiffs' second and third points herein.

## II.

Plaintiffs complain that Movant's affidavit does not specifically state that it is based on personal knowledge. Movant would show that this affidavit has been on file among the pleadings and other papers in this cause for almost one year. Movant would show that Plaintiffs have waived any right they may have had to complain about the form of the affidavit.

## III.

Plaintiffs say that allegations of fact set forth in Movant's affidavit are in direct conflict with allegations contained in Plaintiffs' pleadings and that therefore, "taken individually and collectively", the statements illustrate a factual dispute existing between Plaintiffs and Movant. Movant would show that pleadings are not competent summary judgment proof. Wallace v. Texas Tech University, 80 F3rd 1042, 1047 (Fifth Cir. 1996). Movant cannot create a fact issue for the purpose of defeating a summary judgment motion simply by pointing out that there are discrepancies between the facts set out in their petition and the facts set out in Movant's affidavit.

WHEREFORE, Movant John Little asks that this Court grant his summary judgment and that he be dismissed as a Defendant in this lawsuit.

Respectfully submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
855 West Price Road, Suite 9
Brownsville, Texas 78550
Telephone: (956) 542-5666
Facsimile: (956) 542-0016

**Counsel for Defendant John Little d/b/a Insurance Associates of the Valley**

By: _____
W. Michael Fisher
State Bar No. 07062420
Federal Bar No. 1080

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing *Defendant John Little d/b/a/ Insurance Associates of the Valley's Response to Plaintiffs' Response to His Motion for Summary Judgment* has been mailed via Certified Mail, Return Receipt Requested 7106 4575 1294 1176 4246 to Timothy E. Weitz, McDONALD, MACKAY & WEITZ, L.L.P., 1411 West Avenue, Suite 200, Austin, Texas 78701 and Mark A. Weitz, LAW OFFICE OF MARK A. WEITZ, P.O. Box 9673, Austin, Texas 78766-9673; Greg Pierce, SCOTT, DOUGLASS & McCONNICO, L.L.P., 600 Congress Avenue, 15th Floor, Austin, Texas 78701-2589 and Charles M. Jefferson, LAW OFFICE OF CHARLES M. JEFFERSON, 700 North St. Mary's Street, Suite 1000, San Antonio, Texas 78205-3585, on this ___10th___ day of May, 2001.

_____
W. Michael Fisher