47

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 17 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., PLAINTIFFS | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., AND JOHN LITTLE, DBA INSURANCE ASSOCIATES OF THE VALLEY, DEFENDANTS | § § § § § § | |

**PLAINTIFFS STIPULATED AND UNOPPOSED
VOLUNTARY DISMISSAL OF DEFENDANT JOHN LITTLE
DBA INSURANCE ASSOCIATES OF THE VALLEY**

COME NOW, Plaintiffs Rio Grande Orthopaedic Institute (RGOI) and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. (RGOI-ASC), with the consent and agreement of the parties, and respectfully file this Stipulated and Unopposed Voluntary Dismissal of Defendant John Little d/b/a Insurance Associates of the Valley. Plaintiffs would show the Court as follows:

I.

Consent of All Parties

1.1    By the signatures of the authorized representatives of the parties affixed below, it is agreed and stipulated that Defendant John Little d/b/a Insurance Associates of the Valley is hereby dismissed from this lawsuit.

1.2   It is further agreed and stipulated that this dismissal is voluntary and without prejudice.

1.3   It is also agreed that this stipulation may be executed in separate subparts for administrative convenience which may be attached hereto and shall be effective as if executed through a single signature page.

## II.
## Authority

2.1   This dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and is intended to be effective upon filing with the court.

2.2   This dismissal is made pursuant to the agreement of the parties who by and through the affixing of the signatures below of their authorized representatives hereby stipulate to this dismissal.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs file this Stipulated Dismissal of Defendant John Little d/b/a Insurance Associates of the Valley. Plaintiffs pray that based on this stipulation that the Court take any and all necessary actions to dismiss Defendant John Little from this cause of action without prejudice.

Respectfully Submitted,

_____
Timothy E. Weitz, Attorney-in-Charge
SBN 21117500
Jeff B. McDonald, Of Counsel
SBN 13548560
McDonald, Mackay & Weitz, L.L.P.

Stipulated and Unopposed Voluntary Dismissal of Defendant John Little d/b/a Insurance Associates of the Valley

1411 West Avenue, Suite 200
Austin, Texas 78701
(512) 322-9202 Main Number
(512) 323-5071 Fax Number

Mark A. Weitz, Of Counsel
SBN 21116500
Law Office of Mark A. Weitz
P.O. Box 9673
Austin, Texas 78766-9673
(512) 322-9202 Main Number
(512) 323-5071 Fax Number

Reynaldo Ortiz, Of Counsel
SBN 15324275
Federal ID. No. 3767
Law Office of Reynaldo Ortiz, P.C.
1109 W. Nolana, Suite 204
McAllen, Texas 78504
(956) 687-4567 Main Number
(956) 631-1384 Fax Number

ATTORNEYS FOR PLAINTIFFS

Agreed to as to Substance and Form:

_____
Plaintiffs Rio Grande Orthopaedic Institute (RGOI)
and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. (RGOI-ASC

By: Timothy E. Weitz, Attorney-in-Charge
McDonald, Mackay & Weitz, L.L.P.
1411 West Avenue, Suite 200
Austin, Texas 78701

Defendant Legion Insurance Company

By: Greg Pierce
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

Defendant Claims Administration Services

By: Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385

_[signature]_
Defendant John Little d/b/a Insurance Associates of the Valley

By: Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

Defendant Legion Insurance Company

By: Greg Pierce
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

*Charles M Jefferson* (signature)

Defendant Claims Administration Services

By: Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385

Defendant John Little d/b/a Insurance Associates of the Valley

By: Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

*[signature]*

---
Defendant Legion Insurance Company

By: Greg Pierce
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

---
Defendant Claims Administration Services

By: Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385

---
Defendant John Little d/b/a Insurance Associates of the Valley

By: Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520

CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of May, 2001, a true and correct copy of the foregoing Stipulated and Unopposed Voluntary Dismissal of Defendant John Little d/b/a Insurance Associates of the Valley has been served on the following individuals and in the following manner:

Greg Pierce/Julie Springer
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
(Certified Mail - Return Receipt Requested)

Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385
(Certified Mail - Return Receipt Requested)

Elizabeth G. Neally/Michael Fisher
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road, Suite 9
Brownsville, Texas 78520
(Certified Mail - Return Receipt Requested)

_____
Timothy E. Weitz

Stipulated and Unopposed Voluntary Dismissal of Defendant John Little d/b/a Insurance Associates of the Valley

5