IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 24 2001

Michael N. Milby
Clerk of Court

By: [signature]

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., PLAINTIFFS | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., AND JOHN LITTLE, DBA INSURANCE ASSOCIATES OF THE VALLEY, DEFENDANTS | § § § § § | |

ORDER

On this the 23rd day of May, 2001, came on for consideration and review a Stipulated and Unopposed Voluntary Dismissal of Defendant John Little d/b/a Insurance Associates of the Valley filed by Plaintiffs. Upon review of the stipulation, and based on the agreement of the parties and the absence of opposition, the Court finds that Defendant John Little d/b/a Insurance Associates of the Valley should be DISMISSED from this lawsuit without prejudice.

IT IS THEREFORE ORDERED that Defendant John Little d/b/a Insurance Associates of the Valley is hereby **DISMISSED** from this lawsuit without prejudice in accordance with the stipulation of the parties.

DONE in Brownsville, Texas on this the 23rd day of May, 2001.

[signature]

Filemon B. Vela
United States District Court Judge