50

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
Entered
MAY 2 9 2001
Michael N. Milby
Clerk of Court
By: _____

| | |
|---|---|
| RIO GRANDE ORTHOPEDIC INSTITUTE, RIO GRANDE ORTHOPEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD, § § § § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. B-00-037 |
| § | |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., JOHN D. LITTLE d/b/a INSURANCE ASSOCIATES OF THE VALLEY, § § § § § § | |
| Defendants. § | |

## ORDER

Remaining before the Court is Defendant John D. Little's Motion for Summary Judgement (Docket No. 37). After receipt of Plaintiff's Stipulated and Unopposed Voluntary Dismissal as to John D. Little d/b/a Insurance Associates of the Valley (Docket No. 47) and the signing of the Order of Dismissal of Defendant John D. Little d/b/a Insurance Associates of the Valley (Docket No. 48), it is the opinion of this Court that Defendant John D. Little's Motion for Summary Judgement is now *moot*.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Defendant John D. Little's Motion for Summary Judgement is hereby *moot* and should be stricken from this Court's pending motion list.

SIGNED this the 29TH day of MAY, 2001, in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge