51

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, ET AL. | § § § | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Mediation (Docket No. 49). This Motion does not comply with LR 7 Southern District of Texas. IT IS THEREFORE, **DENIED**.

DONE at Brownsville, Texas, this 30th day of May, 2001.

John Wm. Black
United States Magistrate Judge