52

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE

JUN 0 6 2001

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER LTD. § § § § § § | |
| VS. § | CAUSE NO. 00-37 |
| LEGION INSURANCE COMPANY, CLAIMS ADMINISTRATION SERVICES, INC., AND JOHN LITTLE, D/B/A INSURANCE ASSOCIATES OF THE VALLEY § § § § § § | |

**PLAINTIFFS' MOTION FOR MEDIATION**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW, Plaintiffs, Rio Grande Orthopaedic Institute and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. and files this their Motion for Mediation. In support of such Motion, Plaintiffs would state the following:

1. This case is currently pending before this Honorable Court. Discovery is ongoing.

2. Plaintiffs request that this Court order mediation in the above-referenced matter.

3. Accordingly, Plaintiffs request that the Court order mediation in this case.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that mediation be ordered. Plaintiffs request such further relief to which they may show themselves justly entitled.

Respectfully submitted,

w/permission
_____
Timothy E. Weitz
SBN 21117500
ATTORNEY IN CHARGE

Of Counsel:

**LAW OFFICE OF REYNALDO ORTIZ, P.C.**
Reynaldo Ortiz, Esq.
1109 W. Nolana, Suite 204
McAllen, Texas 78504
Tel: (956) 687-4567
Fax: (956) 631-1384

**MCDONALD, MACKAY & WEITZ, L.L.P.**
Jeff B. McDonald
Of Counsel
SBN 13548560
1411 West Avenue, Suite 200
Austin, Texas 78701
(512) 322-9202 Main Number
(512) 323-5071 Fax Number
ATTORNEY IN CHARGE

**LAW OFFICE OF MARK A. WEITZ**
Mark A. Weitz
SBN 21116500
465 Clanton Avenue
Montgomery, Alabama 36104
(334) 264-7305 Main Number
(334) 264-7306 Fax Number

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent to the following via ordinary mail on this the 5th day of June, 2001:

Charles M. Jefferson, Esq.
Attorney at Law
700 N. St. Mary Street
Suite 1000
San Antonio, Texas 78205

Elizabeth G. Neally, Esq./Michael Fisher, Esq.
Roerig, Oliveira & Fisher, L.L.P.
855 West Price Road-Suite 9
Brownsville, Texas 78520

Greg Pierce, Esq./Julie Springer, Esq.
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

_____
Reynaldo Ortiz

ClibPDF - www.fastio.com