54

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 00-37 |
| LEGION INSURANCE COMPANY, ET AL., | § § § § | |
| Defendants | § | |

**ORDER GRANTING AGREED MOTION TO AMEND SCHEDULING ORDER**

The Court, having considered Legion Insurance Company's Agreed Motion to Amend Scheduling Order (DOCKET NO 53) finds that motion to be meritorious. Accordingly, the scheduling order setting deadlines in this case is amended as follows:

1. All discovery must be completed by August 15, 2001;

2. All dispositive motions must be filed by August 15, 2001;

3. The parties must mediate this matter no later than August 31, 2001;

4. The parties must file their Joint Pretrial Order no later than October 5, 2001;

5. The final Pretrial and settlement conference is set for October 11, 2001, AT 1:30 P.M. BEFORE JUDGE BLACK.

6. TRIAL DATE WILL BE SET IN OCTOBER.

~~6. Docket Call for this case is October 12, 2001~~

Signed, 18 June, ~~2000~~ 2001

_____
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

302258