

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., | § § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 00-37 |
| V. | § § | |
| LEGION INSURANCE COMPANY, ET AL., | § § § § | |
| Defendants | § | |

United States District Court
Southern District of Texas
FILED

SEP 2 4 2001

Michael N. Milby
Clerk of Court

## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER, OR, ALTERNATIVELY, FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

Legion Insurance Company ("Legion") files this Motion to Amend Scheduling Order, or, Alternatively, for Leave to File Motion for Summary Judgment, and shows the following:

**A.   The Court should amend the Scheduling Order to extend the various deadlines in this case.**

1. The Court should extend the deadlines currently set in the Scheduling Order. In an attempt to resolve this lawsuit without expending substantial amounts in discovery and, more importantly, discovery disputes, the parties attempted to put aside disputes over the scope of discovery and attempted to resolve this case without engaging in full and complete discovery. Indeed, Plaintiffs have yet to provide more than a few dozen

313778

documents relating to this case. It has become apparent, however, that these attempts to resolve the matter short of full-blown discovery will be fruitless.

2. Accordingly, Legion requests that the Court amend the Scheduling Order as follows:

| | | |
|---|---|---|
| 1. | Deadline to complete discovery: | March 29, 2002 |
| 2. | Deadline for filing of dispositive motions: | March 29, 2002 |
| 3. | Deadline for Joint Pretrial Order | April 19, 2002 |
| 4. | Final Pretrial and Settlement Conference | April 22, 2002 |
| 5. | Docket Call | April 29, 2002. |

**B.     Alternatively, the Court should grant leave for Legion to file its Motion for Summary Judgment.**

3. Should the Court decide not to amend the scheduling order, it should grant leave for Legion to file its Motion for Summary Judgment. The motion for summary judgment (filed concurrently herewith, subject to the Court's ruling on this motion) seeks dismissal of Plaintiffs' claims against Legion based upon lack of standing (with respect to Plaintiffs' claims for breach of contract and unfair claims handling) and based upon the fact that Plaintiffs have no valid fraud/negligent misrepresentation claims.[1] In light of the problems with Plaintiffs' claims pointed out in the Motion for Summary Judgment, the Court can avoid needless expenditure of judicial resources by considering the Motion for Summary Judgment prior to requiring the parties to appear for trial.

---

[1] As pointed out in Legion's Motion for Summary Judgment, the Court has already determined that Plaintiffs' claims for fraud and negligent misrepresentation are meritless.

2

313778

4. In addition, Legion provided Plaintiffs' with the original draft of its motion for summary judgment some time ago. Legion agreed not to file the motion until after the parties' mediation of this matter. The parties were unable to schedule a mediation prior to the expiration of the deadline for dispositive motions. That mediation was adjourned pending further discussions, which recently broke down completely. Accordingly, should the Court decide to deny Legion's request that the Scheduling Order be amended, Legion requests leave to file its Motion for Summary Judgment and that the Court consider that motion on the merits.

5. Counsel for Legion conferred with counsel for Plaintiffs regarding this motion, but the parties were unable to come to any agreement on these issues.

WHEREFORE, PREMISES CONSIDERED, Legion Insurance Company requests that the Court grant this Motion to Amend Scheduling Order, or, alternatively, that it grant Legion leave to file its Motion for Summary Judgment, and that the Court grant it all other and further relief to which it is entitled.

3

313778

Respectfully Submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
One American Center
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
512/495-6300
512/474-0731 (fax)

By _____
Greg Pierce
Attorney-in-Charge
SDT Admission No. 13785
State Bar No. 15994250

Of Counsel:

Julie Springer
State Bar No. 18966770
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

ATTORNEYS FOR LEGION INSURANCE COMPANY

4

313778

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing LEGION INSURANCE COMPANY'S MOTION TO AMEND SCHEDULING ORDER, OR, ALTERNATIVELY, FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT has been served on counsel of record, as indicated below, by the method indicated, on September 21, 2001.

| | |
|---|---|
| Timothy E. Weitz<br>McDonald, Mackay & Weitz, L.L.P.<br>1411 West Avenue, Suite 200<br>Austin, TX 78701 | VIA CM,RRR 7001 0360 0003 4979 5923 |
| Mark A. Weitz<br>Law Offices of Mark A. Weitz<br>P.O. Box 9673<br>Austin, TX 78766-9673 | VIA CM,RRR 7001 0360 0003 4979 5930 |
| Charles M. Jefferson<br>One Riverwalk Place, Suite 1000<br>700 North St. Mary's Street<br>San Antonio, Texas 78205-3585 | VIA CM RRR 7001 0360 0003 4979 5947 |
| Reynaldo Ortiz<br>Law Office of Reynaldo Ortiz<br>1109 W. Nolana, Suite 204<br>McAllen, Texas 78504 | VIA CM RRR 7001 0360 0003 4979 5954 |

_____
Greg Pierce

5

313778