58

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 26 2001

## ORDER

Michael N. Milby, Clerk of Court
By Deputy Clerk _O.H. _____

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-00-37 |
| § | |
| LEGION INSURANCE COMPANY, ET AL. § | |

TYPE OF CASE:  __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S FIRST MOTION TO COMPEL**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 9, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 26, 2001

TO:   MR. REYNALDO ORTIZ
       MR. MARK WEITZ
       MR. JEFFREY MCDONALD
       MR. TIMOTHY WEITZ
       MR. JULIE SPRINGER
       MR. GREGORY PIERCE
       MR. CHARLES JEFFERSON