59

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

SEP 2 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## ORDER

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-37 |
| LEGION INSURANCE COMPANY, ET AL. | § § | |

TYPE OF CASE:  __X__ CIVIL     ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT LEGION INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 6, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 26, 2001

TO:   MR. REYNALDO ORTIZ
      MR. MARK WEITZ
      MR. JEFFREY MCDONALD
      MR. TIMOTHY WEITZ
      MR. JULIE SPRINGER
      MR. GREGORY PIERCE
      MR. CHARLES JEFFERSON