# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## AMENDED ORDER

United States District Court
Southern District of Texas

SEP 27 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-00-37 |
| § § | |
| LEGION INSURANCE COMPANY, ET AL. § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT'S FIRST MOTION TO COMPEL AND HEARING ON DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER, OR, ALTERNATIVELY, FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 9, 2001, AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: SEPTEMBER 27, 2001

TO: MR. REYNALDO ORTIZ
    MR. MARK WEITZ
    MR. JEFFREY MCDONALD
    MR. TIMOTHY WEITZ
    MR. JULIE SPRINGER
    MR. GREGORY PIERCE
    MR. CHARLES JEFFERSON