IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 0 2 2001

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGERY CENTER, LTD., PLAINTIFFS | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, ET AL., DEFENDANTS | § § | |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT NUMBERS FOR PLAINTIFFS' COUNSEL

COMES NOW, Plaintiffs Rio Grande Orthopaedic Institute (RGOI) and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd. (RGOI-ASC) filing this Notice of Change of Address and Contact Numbers for Plaintiffs' Counsel, and hereby would notify the Court and all interested parties of the following changes:

1. The fax number for Timothy E. Weitz, Attorney-in-Charge, and Jeff McDonald, Of Counsel, has changed to (512) 445-4995. All other contact information for these attorneys remains unchanged.

2. The address and contact numbers for Mark A. Weitz, Of Counsel, has changed to:

   Mark A. Weitz
   5520 North "C" Street
   McAllen, Texas 78504
   (956) 686-2663 Main Number
   (956) 686-5289 Fax

It is respectfully requested that the Clerk of the Court update the court records to reflect these changes and that the parties update their files accordingly.

Respectfully Submitted,

_____
Timothy E. Weitz, Attorney-in-Charge
SBN 21117500
Jeff B. McDonald, Of Counsel
SBN 13548560
McDonald, Mackay & Weitz, L.L.P.
1411 West Avenue, Suite 200
Austin, Texas 78701
(512) 322-9202  Main Number
(512) 445-4995  Fax Number

Mark A. Weitz, Of Counsel
SBN 21116500
5520 North "C" Street
McAllen, Texas 78504
(956) 686-2663  Main Number
(956) 686-5289  Fax Number

Reynaldo Ortiz, Of Counsel
SBN 15324275
Federal ID. No 3767
Law Office of Reynaldo Ortiz, P C
1109 W. Nolana, Suite 204
McAllen, Texas 78504
(956) 687-4567  Main Number
(956) 631-1384  Fax Number

ATTORNEYS FOR PLAINTIFFS

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of October 2001, a true and correct copy of the foregoing Notice of Change of Address and Contact Numbers for Plaintiffs' Counsel has been served on the following individuals and in the following manner:

Greg Pierce/Julie Springer
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
(Via Fax and Certified Mail - Return Receipt Requested)

Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385
(Via Fax and Certified Mail - Return Receipt Requested)

_____
Timothy E. Weitz

3

# McDonald, Mackay & Weitz, L.L.P.

## ATTORNEYS AT LAW

| Jeff B. McDonald, J.D. | Taralynn R. Mackay, R.N., J.D. | Timothy E. Weitz, J.D. |
|---|---|---|
| (512) 257-0927 | (512) 281-5999 | (512) 322-9202 |
| Fax: (512) 257-9762 | Fax: (512) 281-9559 | Fax (512) ~~322-5071~~ 445-4995 |

October 1, 2001

Via Fax and U.S. Mail

Greg Pierce
Scott, Douglass & McConnico, L.L.P
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589

Charles M Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385

Re: Rio Grande Orthopaedic Institute, and Rio Grande Orthopaedic Institute Ambulatory Surgery Center, Ltd., Plaintiffs vs. Legion Insurance Company, et al., Defendants: Civil Action No B-00-037, Coordination of Joint Pretrial Order

Dear Counsel

In light of the upcoming October 5th deadline for submission of a joint pretrial order in the above-referenced matter, Plaintiffs are preparing to finalize the necessary document as required by the existing scheduling order, Local Rule 9, and Appendix B of the Local Rules of the United States District Court of the Southern District of Texas. Your input is requested for inclusion of any contentions, admissions, issues, propositions, or other matters of concern or interest to the Defendants in this regard. To facilitate inclusion of any such matters and to allow time for incorporating any information provided, please deliver to my Austin office a paper copy of any input along with a disk containing the data in Microsoft Word or a compatible software by 5:00 p m on Wednesday, October 3, 2001

This letter is intended as a follow up to my conversation with Mr Pierce of last week in which Mr Pierce indicated he had not yet begun work on this aspect of the case and Mr Jefferson's letter of July 12, 2001 in which it was indicated that Claims Administration Services, Inc. (CAS) does not intend to take part in the trial and intends to allow a judgment to be entered against it

It is requested that each Defendant's intentions be confirmed regarding cooperation and submission of the joint pretrial order. If CAS still does not intend to participate in the trial and does not intend to be involved in the submission of a pretrial order, confirmation by fax would be appreciated. Please note my new fax number of (512) 445-4995. In the event that either Defendant intends to be involved in the final draft of a pretrial order, it is requested that any necessary input be submitted to arrive at my Austin office by 5:00 p m on Wednesday, October 3, 2001 to allow adequate time to integrate information from the Defendants. If special arrangements are needed for some reason to foster completion of the joint pretrial order, please let me know so that consideration can be given to making the necessary arrangements

If either of you have any questions or concerns, do not hesitate to call

Sincerely,

Tim Weitz

xc Reynaldo Ortiz (Via Fax)