66

United States District Court
Southern District of Texas
FILED

OCT 1 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT'S FIRST MOTION TO COMPEL
AND HEARING ON DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER, OR,
ALTERNATIVELY, FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT

CIVIL ACTION NO. B-00-037          DATE & TIME: 10-09-01 AT 1:30 P.M.

RIO GRANDE ORTHOPAEDIC INSTITUTE    PLAINTIFF(S)   MARK WEITZ
ET AL.                              COUNSEL        JEFF MCDONALD
                                                   TIMOTHY WEITZ
                                                   REYNALDO ORTIZ

VS.

LEGION INSURANCE CO., ET AL.        DEFENDANT(S)   JULIE SPRINGER
                                    COUNSEL        GREGORY PIERCE
                                                   CHARLES JEFFERSON

---

CSO: Tony Yanez
ERO: Gabriel Mendieta

Attorneys Timothy Weitz, Reynaldo Ortiz and Gregory Pierce appeared.

Discovery issues have been resolved.

Orders signed.