67

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-037 |
| | § | |
| LEGION INSURANCE COMPANY, ET AL. | § § | |

## ORDER

On the 9th day of October, 2001, the Court having considered the following Motions entered the following rulings:

  Docket No. 55-2,  Defendant's Motion to File Motion for Summary Judgment is hereby **GRANTED**. Response is due on or before December 3, 2001.

  Docket No. 56-1,  Defendant's First Motion to Compel is hereby **MOOT**.

  Docket No. 63-1,  Plaintiffs' First Motion to Compel Discovery Responses by Defendant Legion Insurance Company is hereby **MOOT**.

SIGNED at Brownsville, Texas, this 9th day of October, 2001.

                 _____
                 John Wm. Black
                 United States Magistrate Judge