68

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. ~~00-37~~ B-00-037 |
| LEGION INSURANCE COMPANY, ET AL., | § § § | |
| Defendants | § § | |

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

The Court, having considered Legion Insurance Company's Motion to Amend (DOCKET NO 55) Scheduling Order finds that motion to be meritorious. Accordingly, the scheduling order setting deadlines in this case is amended as follows:

1. Deadline to complete discovery: — March 29, 2002

2. Deadline for filing of dispositive motions: — March 29, 2002

3. Deadline for Joint Pretrial Order — April 19, 2002

4. Final Pretrial and Settlement Conference **before Magistrate Judge John Wm. Black at 1:30 p.m.** — April 22, 2002

5. ~~Docket Call~~ **Final pretrial conference before Judge Filemon B. Vela at 8:30 a.m.** — April 29, 2002.
   **Jury selection before Judge Filemon B. Vela at 10:30 a.m.** — April 29, 2002

Signed, 9 OCT, 2001.

_____
UNITED STATES ~~DISTRICT~~ COURT JUDGE
MAGISTRATE

314419