69

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL. § § § | |
| VS. § | CIVIL ACTION NO. B-00-37 |
| § | |
| LEGION INSURANCE COMPANY, ET AL. § | |

TYPE OF CASE:   __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 10, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 9, 2001

TO:   MR. REYNALDO ORTIZ
      MR. MARK WEITZ
      MR. JEFFREY MCDONALD
      MR. TIMOTHY WEITZ
      MR. JULIE SPRINGER
      MR. GREGORY PIERCE
      MR. CHARLES JEFFERSON