IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 3 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 00-37 |
| LEGION INSURANCE COMPANY, ET AL., | § § § § | |
| Defendants. | § | |

## DEFENDANT LEGION INSURANCE COMPANY'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Legion Insurance Company ("Legion") hereby withdraws its Motion for Summary Judgment, without prejudice to refiling.

Respectfully submitted,

SCOTT, DOUGLASS & McCONNICO, L.L.P.
One American Center
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
512/495-6300
512/474-0731 (Fax)

By: _____
Greg Pierce
Attorney-in-Charge
SDT Admission No. 13785
State Bar No. 15994250

320436

Of Counsel:

Julie Springer
State Bar No. 18966770
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589

                              ATTORNEYS FOR LEGION INSURANCE COMPANY

320436

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Legion Insurance Company's Withdrawal of its Motion for Summary Judgment has been served, as indicated, on the following counsel of record on November 28, 2001:

| | |
|---|---|
| Timothy E. Weitz<br>McDonald, Mackay & Weitz, L.L.P.<br>1411 West Avenue, Suite 200<br>Austin, TX 78701 | VIA CM,RRR 7001 0320 0004 9057 9665 |
| Mark A. Weitz<br>Law Offices of Mark A. Weitz<br>P.O. Box 9673<br>Austin, TX 78766-9673 | VIA CM,RRR 7001 0320 0004 9057 9658 |
| Charles M. Jefferson<br>One Riverwalk Place, Suite 1000<br>700 North St. Mary's Street<br>San Antonio, Texas 78205-3585 | VIA CM RRR 7001 0320 0004 9057 9641 |
| Reynaldo Ortiz<br>Law Office of Reynaldo Ortiz<br>1109 W. Nolana, Suite 204<br>McAllen, Texas 78504 | VIA CM RRR 7001 0320 0004 9058 0968 |

_____
Greg Pierce

320436