71

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 00-37 |
| LEGION INSURANCE COMPANY, ET AL., | § § § | |
| Defendants | § § | |

## ORDER GRANTING DEFENDANT LEGION INSURANCE COMPANY'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT

THE COURT considered Defendant Legion Insurance Company's Withdrawal of Its Motion for Summary Judgment. The Court finds that the withdrawal is meritorious, and should be granted. The Court FINDS and so ORDERS that Plaintiff is not required to file a response to Legion's Motion for Summary Judgment. It is

ORDERED that Legion's withdrawal of its Motion for Summary Judgment is hereby GRANTED, without prejudice to refiling the same.

SIGNED this 3 day of DECEMBER, 2001.

United States ~~District Judge~~ MAGISTRATE

320717