United States District Court
Southern District of Texas
FILED

DEC 1 0 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

CIVIL ACTION NO. B-00-037             DATE & TIME:    12-10-01 AT 1:30 P.M.

RIO GRANDE ORTHOPAEDIC INSTITUTE      PLAINTIFF(S)    MARK WEITZ
ET AL.                                COUNSEL         JEFF MCDONALD
                                                      TIMOTHY WEITZ
                                                      REYNALDO ORTIZ

VS.

LEGION INSURANCE CO., ET AL.          DEFENDANT(S)    JULIE SPRINGER
                                      COUNSEL         GREGORY PIERCE
                                                      CHARLES JEFFERSON

---

Attorneys Timothy Weitz, Gregory Pierce and Charles Jefferson appeared telephonically.

Parties are continuing discovery and settlement negotiations.