73

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. 00-37 |
| LEGION INSURANCE COMPANY, ET AL., | § § § § | |
| Defendants. | | |

## JOINT STIPULATION OF DISMISSAL

Rio Grande Orthopeadic Institute, Rio Grande Orthopeadic Institute Ambulatory Surgical Center, Ltd., Legion Insurance Company, and Claims Administrative Services, Inc., having resolved all matters in dispute in the above-referenced lawsuit by agreement, move the Court for dismissal of this case with prejudice.

WHEREFORE, Rio Grande Orthopeadic Institute, Rio Grande Orthopeadic Institute Ambulatory Surgical Center, Ltd., Legion Insurance Company, and Claims Administrative Services, Inc. request that the Court dismiss all claims in this case with prejudice, each party to pay its own court costs and attorneys' fees.

323208

Respectfully submitted,

_____
Tim Weitz
State Bar No. 21117500
McDonald, Mackay & Weitz, LLP
1411 West Avenue, Suite 200
Austin, Texas 78701
512/322-9202
512/445-4995 (fax)

ATTORNEY IN CHARGE FOR RIO GRANDE ORTHOPAEDIC INSTITUTE AND RIO GRANDE ORTHOPAEDIC INSTITUTE AMBULATORY SURGICAL CENTER, LTD.

_____
Greg Pierce
State Bar No. 15994250
Scott, Douglass & McConnico, LLP
One American Center
600 Congress Avenue, 15th Floor
Austin, Texas 78701
512/495-6300
512/474-0731 (fax)

ATTORNEY IN CHARGE FOR LEGION INSURANCE COMPANY

_____
Charles Jefferson
State Bar No. 10605500
Law Office of Charles J. Jefferson
700 N. St. Mary's St., Suite 1000
San Antonio, Texas 78205
210/227-4182
210/227-5514 (fax)

ATTORNEY IN CHARGE FOR CLAIMS ADMINISTRATIVE SERVICES, INC

B-00-37   #73

## CERTIFICATE OF CONFERENCE

I hereby certify that I, the undersigned, have communicated by telephone with counsel for Defendants and have been informed that Defendants join in the Joint Stipulation of Dismissal as reflected by the signatures of counsel affixed thereto.

_____
Timothy E. Weitz

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of January, 2002, a true and correct copy of the foregoing Joint Stipulation of Dismissal has been served on the following individuals and in the following manner:

Greg Pierce/Julie Springer
Scott, Douglass & McConnico, L.L.P.
600 Congress Avenue, 15th Floor
Austin, Texas 78701-2589
(U.S. Mail)

Charles M. Jefferson
One Riverwalk Place, Suite 1000
700 North St. Mary's Street
San Antonio, Texas 78205-5385
(U.S. Mail)

_____
Timothy E. Weitz