74

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RIO GRANDE ORTHOPAEDIC INSTITUTE, ET AL., | § § § | |
| VS. | § | CIVIL ACTION NO. B-00-037 |
| LEGION INSURANCE COMPANY, ET AL. | § § § | |

## O R D E R

On January 18, 2002, the parties filed a Joint Stipulation of Dismissal (Docket No. 73) advising the Court that this case has been settled.

It is therefore, **ORDERED** that this case be **DISMISSED with prejudice** with the costs charged to the party incurring the same.

DONE at Brownsville, Texas, this 8th day of February, 2002.

Filemon B. Vela
United States District Judge